

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00692-CR

The **STATE** of Texas,
Appellant

v.

Billy Rodolfo **RAMIREZ**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK001350D1
Honorable Jose  A. Lopez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we WITHDRAW our August 12, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Billy Rodolfo Ramirez's request for habeas relief; RENDER judgment denying Ramirez's habeas relief; and REINSTATE the information charging Ramirez with the misdemeanor offense of criminal trespass.

SIGNED October 29, 2025.

_____
Lori I. Valenzuela, Justice